FILED

04/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0619

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 23-0619

_____

SUSAN JOHNSON, DAVE
JOHNSON, KATHY RICH, SUSAN
HINKINS, RICHARD GILLETTE,
LINDA FULLER, LARRY JENT,
JULIE JENT, RICHARD J.
CHARRON, KRISTIN CHARRON,

       Plaintiffs and Appellees,

v.

CITY OF BOZEMAN,

       Defendant and Appellant.

_____

## ORDER

Appellant City of Bozeman, having moved this Court, by and through its undersigned counsel, for leave to file its Response to Appellees' Surreply, with good cause appearing therefor,

    **IT IS HEREBY ORDERED** that Appellant, City of Bozeman is granted leave to file its Response to Appellees' Surreply.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 22 2024